EXHIBIT 1

*Answer Due*
*6-24-08*

IN THE DISTRICT COURT OF ALFALFA COUNTY
STATE OF OKLAHOMA

**FILED**
**MAY 3 0 2008**
ALFALFA COUNTY, OKLAHOMA
LORI IRWIN, COURT CLERK
_____ DEPUTY

Steven Tommy Farnsworth,

                Plaintiff,

vs    CJ-2008-_19_

Olsen Custom Farms, LLC,

                Defendant.

## PETITION

COMES NOW Plaintiff, Steven Tommy Farnsworth, and in support of his Petition against Defendant, Olsen Custom Farms, LLC, after being duly sworn states the following:

1. On or about the 21st day of June, 2007, Plaintiff, Steven Tommy Farnsworth, was driving a vehicle on US 64 Alfalfa County, OK, West Bound.
2. At the same time Defendant, Olsen Custom Farms, LLC, was driving a semi truck which was pulling a combine trailer used for transporting custom combines used for harvesting wheat.
3. This vehicle was east bound a short distance from Plaintiffs vehicle and was crossing a bridge 1 1/4 mile east of Cozy Curve.
4. Defendant's 12 ft wide load trailer was too wide to stay in its lane and was across the center-line.
5. His trailer also hit the guardrail and hit a post in the railing, causing the trailer to bounce further over into Plaintiff's west bound lane.
6. Defendant's trailer then struck Plaintiff's truck blowing out the steering tire and other tires on the truck and trailer.
7. The collision caused Plaintiff's truck to run off into the ditch and hit the fence row embankment.

*Claim # 22D41575*

1

8. Plaintiff was wearing his seat belt which caused severe whiplash of his neck and lower back among other injuries.
9. Said severe whiplash has and is causing numbness on his whole left half of his body resulting in a multiplicity of health issues.
10. As a result of the collision, Plaintiff suffered damage to Plaintiff's vehicle and pain and injury to Plaintiff's body for which Plaintiff has incurred expenses for medical attention and hospitalization. Plaintiff has also suffered temporary and permanent physical impairment, which has resulted in loss of wages, loss of future earning capacity, loss of enjoyment of life and pain and suffering.

Accordingly, Plaintiff demands Judgment against Defendant in excess of Ten Thousand Dollars ($10,000.00), interest, and costs including reasonable attorney fees.

HADWIGER & JUNGMAN, P.L.L.C.
Attorneys for Plaintiff

By: _____
Marcus Jungman, OBA#19138
Kyle B. Hadwiger, OBA#11329
120 S. Grand, P.O. Box 306
Cherokee, OK 73728
(580)596-3591

Claim # 2204315

2

## VERIFICATION

STATE OF OKLAHOMA )
COUNTY OF ALFALFA )SS:

    Tommy Farnsworth, being first duly sworn upon oath says: that he is the plaintiff above named, that he has read the foregoing PETITION and knows the contents thereof, and that the facts therein set forth are true.

                                                    Tommy Farnsworth

    Subscribed and sworn to before me this 30th day of May, 2008.

                                            Jacklyn Kolb
                                            Notary Public

My Commission Expires: 4-12-2011
# No. 07003578

Claim # 22D4K375

3